UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MKRTCHIAN PROPERTIES, LLC et al., | Case No. 2:25-cv-10676-SSC |
| Plaintiff, | JUDGMENT |
| v. | |
| PENN-STAR INSURANCE COMPANY, et al., | |
| Defendants. | |

Pursuant to the Order of Dismissal of Entire Case filed concurrently herewith, **IT IS ADJUDGED** that:

1. The entire action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice; and

2. The Clerk of Court is directed to close this case.

DATED: July 7, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE